Kirsten A. Milton, State Bar No. 14401
Daniel I. Aquino, State Bar No. 12682
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com
daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
NPSG Global, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEVONTE' REESE, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NPSG Global, LLC, a Foreign Limited-Liability Company; and, DOES I-X and ROE CORPORATIONS I-X.<br><br>Defendant. | Case No. 2:19-cv-00209-JCM-NJK<br><br>**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE** |

Defendant NPSG Global, LLC, by and through its counsel of record, and Plaintiff Devonte' Reese, by and through his counsel of record, hereby stipulate and agree to reschedule the Early Neutral Evaluation conference ("ENE") currently scheduled for June 19, 2019.

Defense counsel has a previously-scheduled mediation outside the state which conflicts with the currently-scheduled Early Neutral Evaluation date. Counsel for the parties have conferred as to the availability of clients and insurance representatives and, if the Court is available, are available for a rescheduled ENE on July 30 or July 31, 2019. Confidential written statements shall be submitted to chambers no later than seven (7) days before the selected date.

This stipulation and order is sought in good faith and not for the purpose of delay. This is the first request to continue the ENE.

Dated this 24th day of April, 2019.

| HKM EMPLOYMENT ATTORNEYS LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Marta D. Kurshumova* | */s/ Daniel I. Aquino* |
| Jenny I. Foley, Ph.D., Esq., Bar #9017 | Kirsten A. Milton, Bar No. 14401 |
| Marta D. Kurshumova, Esq., Bar #14728 | Daniel I. Aquino, Bar No. 12682 |
| 1785 East Sahara Ave., Suite 300 | 3800 Howard Hughes Parkway, Ste. 600 |
| Las Vegas, Nevada 89104 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **ORDER**

The court is not available on July 30 or 31, 2019. As such, the court will continue the ENE to its first available date.

**IT IS ORDERED** that:

1. The ENE currently scheduled for June 19, 2019 is **VACATED** and **CONTINUED** to **9:00 a.m. July 17, 2019**.

2. The confidential ENE statements shall be due no later than **July 10, 2019**.

3. All other instructions within the original Order setting ENE (ECF No. 16) shall remain in effect.

Dated this 3rd day of May, 2019.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE