# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEVONTE' REESE,<br>　　　　Plaintiff(s),<br>v.<br>NPSG GLOBAL, LLC,<br>　　　　Defendant(s). | Case No.: 2:19-cv-00209-JCM-NJK<br>**Order**<br>[Docket No. 20] |

Pending before the Court is a stipulation to extend the deadline to file a proposed discovery plan. Docket No. 20.[1] For good cause shown, the stipulation is **GRANTED** and the deadline to file a proposed discovery plan is **EXTENDED** to May 31, 2019.

IT IS SO ORDERED.

Dated: May 28, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The stipulation crossed paths with an order from the Court addressing the failure of the parties to file a timely discovery plan. Docket No. 21. The parties are reminded that requests for extension should generally be filed <u>before</u> the expiration of the subject deadline. *Cf.* Fed. R. Civ. P. 6(b)(1)(B). Nonetheless, no response to the order at Docket No. 21 is necessary at this time in light of the filing of the stipulation.