# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEVONTE' REESE, | Case No.: 2:19-cv-00209-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| NPSG GLOBAL, LLC, | |
| Defendant(s). | |

Pending before the Court is the parties' proposed discovery plan. Docket No. 26. This case involves putative collective action and class action claims. *See* Docket No. 1. The proposed discovery plan does not include any provisions regarding those aspects of the case. Accordingly, it is hereby **DENIED** without prejudice. An amended proposed discovery plan that discusses certification shall be filed by June 10, 2019.

IT IS SO ORDERED.

Dated: June 3, 2019

Nancy J. Koppe
United States Magistrate Judge