# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEVONTE' REESE,<br><br>    Plaintiff(s),<br><br>v.<br><br>NPSG GLOBAL, LLC,<br><br>    Defendant(s). | Case No.: 2:19-cv-00209-JCM-NJK<br><br>**Order** |

    Pending before the Court is the parties' amended proposed discovery plan. Docket No. 36. The Court hereby **SETS** a hearing on the discovery plan for 9:30 a.m. on June 20, 2019, in Courtroom 3D.

    IT IS SO ORDERED.

    Dated: June 10, 2019

                                                              Nancy J. Koppe<br>
                                                             United States Magistrate Judge