UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEVONTE' REESE, | Case No. 2:19-CV-209 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| NPSG GLOBAL, LLC,, | |
| Defendant(s). | |

Presently before the court is the matter of *Reese v. NPSG Global, LLC, et al*, case no. 2:19-cv-00209-JCM-NJK.

On September 11, 2019, defendant NPSG Global, LLC ("NPSG") filed a motion to extend time to file an opposition (ECF No. 55) to plaintiff Devonte' Reese's motion to certify class (ECF No. 52). Reese's motion was filed September 6, 2019, so NPSG's present deadline to file its opposition is September 20, 2019, pursuant to Local Rule 7-2(b).

NPSG represents that it will need more than two (2) weeks to respond to Reese's motion because it could not begin to investigate the specific factual allegations upon which Reese's claims are based until his motion was filed, and because further investigation is necessary to respond to Reese's claims about the number of potential class members. (ECF No. 55). NPSG further represents that its counsel has a scheduling conflict related to a September 11 presentation and a pre-planned September 12–16 vacation, both of which limit counsel's ability to prepare an opposition. *Id*. Good cause appearing, the court will grant NPSG's motion to extend time.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that NPSG's motion to extend time (ECF No. 55) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that NPSG shall have up to and including October 11, 2019, to file its opposition to Reese's motion to certify class (ECF No. 52).

DATED September 12, 2019.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -