Kirsten A. Milton, State Bar No. 14401
Daniel I. Aquino, State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com
daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*NPSG Global, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEVONTE' REESE, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NPSG Global, LLC, a Foreign Limited-Liability Company; and, DOES I-X and ROE CORPORATIONS I-X.<br><br>Defendants. | Case No. 2:19-cv-00209-JCM-NJK<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR CONDITIONAL CERTIFICATION (ECF No. 52)** |

Defendant NPSG Global, LLC, by and through its counsel of record, and Plaintiff Devonte' Reese, by and through his counsel of record, hereby submit this stipulation requesting a one-week extension for Defendant to file its Opposition to Motion for Conditional Certification, and a one-week extension for Plaintiff to file his Reply.

## **BACKGROUND**

Plaintiff filed his Motion for Conditional Certification on September 6, 2019. ECF No. 52. Given scheduling conflicts by defense counsel and the need to perform extensive investigation regarding the potential class sought to be conditionally certified, Defendant moved for an extension of time to file its Opposition to October 11, 2019, which this Court granted. ECF No. 56.

On October 9, 2019, Plaintiff's counsel (in anticipation of Defendant's Opposition being filed on October 11, 2019) requested that Defendant agree to a one-week extension for Plaintiff to file his Reply, as Plaintiff's counsel was going to be away from the office for much of the following week, and would have a series of conflicting deadlines upon return. Defense counsel, in response, advised of scheduling conflicts that had arisen due to unexpected and urgent client issues in another matter. After discussion regarding respective schedules, the parties agreed that it would be appropriate for each side to have one-week extension to file their respective briefing in order to be able to adequately address the substantive merits regarding Plaintiff's request for conditional certification. The parties thus agree that Defendant's deadline to file its Opposition to Plaintiff's Motion for Conditional Certification should be extended by one week, to October 18, 2019. Further, the parties agree that Plaintiff's deadline to file his Reply, which would be October 25, 2019 pursuant to Local Rule 7-2(b), should be extended by one week, to November 1, 2019.

## **STIPULATION**

NOW THEREFORE, the parties hereby agree and stipulate as follows:

Defendant shall have up to and including October 18, 2019 to file its Opposition to Plaintiff's Motion for Conditional Certification (ECF No. 52). Plaintiff shall have up to and including November 1, 2019 to file its Reply in support of Motion for Conditional Certification.

DATED this 9th day of October 2019.

HKM EMPLOYMENT ATTORNEYS LLP

*/s/ Jenny L. Foley*
Jenny L. Foley, Ph.D., Esq., Bar No 9017
Marta D. Kurshumova, Esq., Bar No. 14728
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (213) 447-2391
E-mail: jfoley@hkm.com
mkurshumova@hkm.com

|                                    | */s/ Jason Rittereiser*                       |
|---|---|
|                                    | Jason A. Rittereiser, (pro hac vice)          |
|                                    | Rachel M. Emens, (pro hac vice)               |
|                                    | Henry Brudney, (pro hac vice)                 |
|                                    | 600 Stewart Street, Suite 901                 |
|                                    | Seattle, WA 98101                             |
|                                    | Tel:    (206) 838-2504                        |
|                                    | Fax:    (206) 260-3055                        |
|                                    | E-mail: jrittereiser@hkm.com                  |
|                                    |         remens@hkm.com                        |
|                                    |         hbrudney@hkm.com                      |

**STUTHEIT KALIN LLC**

*/s/ Kyann Kalin*
Kyann Kalin, (pro hac vice)
1 SW Columbia Street, Suite 1850
Portland, OR 97204
Tel:    (971) 285-7578
Fax:    (503) 715-5670
Email:  kyann@stutheitkalin.com

*Attorneys for Plaintiff*


JACKSON LEWIS P.C.

*/s/ Kirsten A. Milton*
Kirsten A. Milton, Bar No. 14401
Daniel I. Aquino, Bar No. 12682
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
*Attorneys for Defendants*

## **ORDER**

Defendant shall have up to and including October 18, 2019 to file its Opposition to Plaintiff's Motion for Conditional Certification (ECF No. 52). Plaintiff shall have up to and including November 1, 2019 to file its Reply in support of Motion for Conditional Certification.

**IT IS SO ORDERED** October 10, 2019.

_____
UNITED STATES DISTRICT COURT

4816-3097-8217, v. 1