*Counsel listed on the following page*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEVONTE' REESE, on his own behalf and on behalf of all other similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>NPSG GLOBAL, LLC, a Foreign Limited-Liability Company; DOES I-X and ROE CORPORATIONS I-X,<br><br>　　　　　　　　Defendants. | Case No. 2:19-cv-00209-JCM-NJK<br><br>STIPULATION FOR BRIEFING SCHEDULE REGARDING DEFENDANT'S OBJECTIONS TO PLAINTIFF'S AMENDED PROPOSED OPT-IN NOTICE AND AMENDED PROPOSED CONSENT FORM (ECF NO. 64) |

**HKM EMPLOYMENT ATTORNEYS LLP**
**JENNY L . FOLEY, Ph. D., ESQ.,**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
Email: mkurshumova@hkm.com
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (213) 447-2391

**JASON A. RITTEREISER** *(admitted pro hac vice)*
E-mail: jrittereiser@hkm.com
**RACHEL M. EMENS** *(admitted pro hac vice)*
Email: remens@hkm.com
**HENRY BRUDNEY** *(admitted pro hac vice)*
Email: hbrudney@hkm.com
600 Stewart Street, Suite 901
Seattle, WA 98101
Tel: (206) 838-2504
Fax: (206) 260-3055


**STUTHEIT KALIN LLC**

**KYANN KALIN** *(admitted pro hac vice)*
Email: kyann@stutheitkalin.com
1 SW Columbia Street, Suite 1850
Portland, OR 97204
Tel: (971) 285-7578
Fax: (503) 715-5670

*Attorneys for Plaintiff Devonte' Reese*

**STIPULATION**

Plaintiff Devonte' Reese, by and through his counsel of record, and Defendant NPSG Global, LLC, by and through its counsel of record, hereby submit this stipulation to set a briefing schedule regarding Defendant's Objections to Plaintiff's Amended Proposed Opt-In Notice and Amended Proposed Consent Form (ECF No. 64).

The Court entered its Order granting Plaintiff's motion for conditional certification and approval of *Hoffman-Laroche* notice on November 14, 2019 (ECF No. 63). The Order included a deadline that ordered Defendant to file written objections, if any, to Plaintiff's proposed notice and opt-in forms on December 3, 2019. Defendant timely filed its objections on December 3, 2019 (ECF No. 64). Plaintiff requests an opportunity to respond to Defendant's objections.

After discussion regarding respective schedules around the impending holidays, the parties agreed that it would be appropriate to stipulate a briefing schedule allowing Plaintiff to respond to the objections, and for Defendant to thereafter file a reply. The parties hereby stipulate to a deadline of December 23, 2019 for Plaintiff to file his Response to Defendant's Objections to Plaintiff's Amended Proposed Opt-In Notice and Amended Proposed Consent Form.  Further, the parties agree that Defendant's deadline to file its Reply shall be January 9, 2020.

The parties submit this stipulation and ask that the Court approve their proposed briefing schedule, permitting Plaintiff to file a Response to Defendant's Objections by December 23, 2019, and permitting Defendant to file its Reply by January 9, 2020.

//

//

//

DATED this 5th day of December, 2019.

Respectfully submitted,

**HKM EMPLOYMENT ATTORNEYS LLP**

*/s/ Jenny L. Foley*
Jenny L. Foley, Ph.D., Esq., Bar No 9017
Marta D. Kurshumova, Esq., Bar No. 14728
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104

*/s/ Jason A. Rittereiser*
Jason A. Rittereiser, (pro hac vice)
Rachel M. Emens, (pro hac vice)
Henry Brudney, (pro hac vice)
600 Stewart Street, Suite 901
Seattle, WA 98101

**STUTHEIT KALIN LLC**
*/s/ Kyann Kalin*
Kyann Kalin, (pro hac vice)
1 SW Columbia Street, Suite 1850
Portland, OR 97204

*Attorneys for Plaintiff*

**JACKSON LEWIS P.C.**

*/s/ Daniel I. Aquino*
Kirsten A. Milton, Bar No. 14401
Daniel I. Aquino, Bar No. 12682
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101

*Attorneys for Defendants*

IT IS SO ORDERED  December 6, 2019.

_____
UNITED STATES DISTRICT JUDGE

4

# CERTIFICATE OF SERVICE

I, Klarisse Leonor, declare under penalty of perjury under the laws of the United States District Court for the District of Nevada, that I have caused service of a true and correct copy of the foregoing document, to be effected on the following named counsel in the manner identified below:

| | |
|---|---|
| Kirsten A. Milton, State Bar No. 14401<br>Daniel I. Aquino, State Bar No. 12682<br>**JACKSON LEWIS, P.C.**<br>300 S. Fourth Street, Suite 900<br>Las Vegas, NV 89101<br>Phone: (702) 921-2460<br>Fax: (702) 921-2461<br>E-Mail: kristen.milton@jacksonlewis.com<br>daniel.aquino@jacksonlewis.com | _____ Via Email<br><br>_____ Via Messenger<br><br>__X__ Via U.S. Mail, First Class<br><br>__X__ Via CM/ECF |

*Attorneys for Defendant NPSG Global, LLC*

DATED this 5th day of December, 2019.

/s/ Klarisse Leonor
Klarisse Leonor, Legal Assistant
**HKM EMPLOYMENT ATTORNEYS LLP**