Kirsten A. Milton, State Bar No. 14401
Daniel I. Aquino, State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Tel:  (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com
daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*NPSG Global, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEVONTE' REESE, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NPSG Global, LLC, a Foreign Limited-Liability Company; and, DOES I-X and ROE CORPORATIONS I-X.<br><br>Defendants. | Case No. 2:19-cv-00209-JCM-NJK<br><br>**STIPULATION AND ORDER TO VACATE DEADLINE TO FILE INTERIM STATUS REPORT** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On July 9, 2019, this Court entered an Order granting the Stipulated Discovery Plan and Scheduling Order submitted by the parties. ECF No. 41.

2. While the Scheduling Order as amended (*see* ECF Nos. 71, 73) currently requires the parties to file an Interim Status Report, the Local Rules adopted on April 17, 2020 eliminated former Local Rule 26-3, which called for an Interim Status Report.

3. Counsel is aware the District Court has sent general reminders to attorneys regarding this change in the Local Rules eliminating the requirement for the Interim Status Report.

4. Given the parties' general understanding that Interim Status Reports should no longer be prepared or filed, the parties stipulate and request that the deadline to file an Interim Status Report on or before January 25, 2021 in the current Scheduling Order be vacated.

5. Should the Court determine that some or all of the information required by the former Local Rule 26-3 is appropriate to be submitted, the parties remain ready to immediately confer and submit an Interim Status Report.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 25th day of January, 2021.

| HKM EMPLOYMENT ATTORNEYS LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Jenny I. Foley* <br> Jenny I. Foley, Ph.D., Esq., Bar #9017 <br> Marta D. Kurshumova, Esq., Bar #14728 <br> 1785 East Sahara Ave., Suite 300 <br> Las Vegas, Nevada 89104 | */s/ Daniel I. Aquino* <br> Kirsten A. Milton, Bar No. 14401 <br> Daniel I. Aquino, Bar No. 12682 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, NV 89101 <br> *Attorneys for Defendant* |

*/s/ Rachel M. Emens*
Jason A. Rittereiser (pro hac vice)
Rachel M. Emens (pro hac vice)
Henry Brudney (pro hac vice)
600 Stewart Street, Suite 901
Seattle, WA 98101

*/s/ Kyann Kalin*
Kyann Kalin (pro hac vice)
1 SW Columbia Street, Suite 1850
Portland, OR 97204
*Attorneys for Plaintiff*

## ORDER

The parties' deadline to file an Interim Status Report contained in the Scheduling Order is vacated. All other provisions of the Scheduling Order remain effective.

**IT IS SO ORDERED** .

Dated:  January 26, 2021

U.S. ~~DISTRICT~~/MAGISTRATE JUDGE