```
Kirsten A. Milton, State Bar No. 14401
Daniel I. Aquino, State Bar No. 12682
```
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com
daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*NPSG Global, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEVONTE' REESE, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NPSG Global, LLC, a Foreign Limited-Liability Company; and, DOES I-X and ROE CORPORATIONS I-X.<br><br>Defendants. | Case No. 2:19-cv-00209-JCM-NJK<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(Third Request)** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On July 9, 2019, this Court entered an Order granting the Stipulated Discovery Plan and Scheduling Order submitted by the parties.

2. On January 30, 2020, this Court granted the parties' first request to continue discovery deadlines. On July 22, 2020, this Court granted the parties' second request to continue discovery deadlines.

3. This is the third request by the parties to amend the Discovery Plan and Scheduling Order.

4. The parties stipulate and agree to extend the discovery and dispositive motion deadlines for 90 days to allow the parties to perform necessary discovery regarding the opt-in

plaintiffs' claims, including taking depositions of the opt-in plaintiffs and Defendant's representatives.

I. **STATEMENT OF DISCOVERY THAT HAS BEEN COMPLETED**

Plaintiff served the following disclosures:

a. Initial Disclosures on June 25, 2019;

Defendant served the following disclosures:

a. Initial Disclosures on June 14, 2019;

b. First Supplemental Disclosures on September 5, 2019.

c. Second Supplemental Disclosures on December 18, 2019.

Plaintiff served the following discovery requests:

a. First Set of Interrogatories and Requests for Production on July 22, 2019, to which Defendant responded on September 5, 2019.

b. Second Set of Interrogatories and Requests for Production on November 23, 2020, to which Defendant responded on January 26, 2021.

c. Third Set of Interrogatories and Requests for Production on February 12, 2021, to which Defendant's response is pending.

Defendant served the following discovery requests:

a. First Set of Interrogatories and Requests for Production on October 20, 2019, to which Plaintiff responded on December 12, 2019.

The parties engaged in a detailed meet and confer process throughout November and December of 2019 regarding written discovery responses. On January 13, 2020, Defendant produced contact information for individuals covered by the FLSA collective action. On July 29, 2021, the Court approved the opt-in notice and consent forms. ECF No. 74. Seven individuals opted in as plaintiffs to this action prior to the end of the opt-in period on November 9, 2020.

II. **STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties are in the process of performing further necessary discovery regarding the opt-in plaintiffs, including scheduling of depositions for Defendant's representatives and the opt-in

plaintiffs, discussing production of ESI, and further written discovery. This process has been delayed due to unforeseen scheduling conflicts for the parties, including a temporary shutdown of Defendant's office in December 2020 due to a positive COVID-19 test and ensuing concerns regarding exposure and symptoms for several individuals in the office.

For the above stated reasons, the parties request that the discovery deadline be extended ninety (90) days from March 29, 2021 to **June 28, 2021.**

## PROPOSED SCHEDULE

The parties stipulate and agree that all pending discovery and case deadlines be extended ninety (90) days in accordance with the following proposed schedule:

1. **Close of Discovery**:                                                           **June 28, 2021**

2. **Motion to Decertify Conditionally-Certified FLSA Collective**:  **August 9, 2021**

3. **Motion for Rule 23 Class Certification**:                                **August 9, 2021**

4. **Dispositive Motions**:                                                             **August 9, 2021**

5. **Joint Pre-Trial Order**:                                                            **September 7, 2021**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Jackson Lewis P.C.
Las Vegas

3

In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 22nd day of February, 2021.

| HKM EMPLOYMENT ATTORNEYS LLP | JACKSON LEWIS P.C. |
|---|---|
| /s/ Jenny I. Foley | /s/ Daniel I. Aquino |
| Jenny I. Foley, Ph.D., Esq., Bar #9017 | Kirsten A. Milton, Bar No. 14401 |
| Marta D. Kurshumova, Esq., Bar #14728 | Daniel I. Aquino, Bar No. 12682 |
| 1785 East Sahara Ave., Suite 300 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89104 | Las Vegas, NV 89101 |
| | *Attorneys for Defendant* |

/s/ Rachel M. Emens
Jason A. Rittereiser (pro hac vice)
Rachel M. Emens (pro hac vice)
Henry Brudney (pro hac vice)
600 Stewart Street, Suite 901
Seattle, WA 98101

/s/ Kyann Kalin
Kyann Kalin (pro hac vice)
1 SW Columbia Street, Suite 1850
Portland, OR 97204
*Attorneys for Plaintiff*

**IT IS SO ORDERED**

Dated:  February 22, 2021

U.S. ~~DISTRICT~~/MAGISTRATE JUDGE